FILED
June 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                      )    Case No.  2:07-cr-251 LKK
       Plaintiff, )
v. )    ORDER FOR RELEASE
                                      )    OF PERSON IN CUSTODY
Vernon Kohler, )
                                      )
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Vernon Kohler</u> Case <u>2:07-cr-251 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       __    Release on Personal Recognizance

       __    Bail Posted in the Sum of _____

       X    Unsecured bond in the amount of $50,000

       X    (Other) <u>PTS conditions/supervision; as recommended by U.S. Pretrial Services, the U.S. Marshal is hereby ordered to release the defendant to the custody of U.S. Pretrial Services on Monday, June 25, 2007, at 8:30a.m., and at that time an investigator from the federal defender's office will escort the defendant to the program to ensure he is admitted that day.</u>

Issued at <u>Sacramento, CA</u> on <u>6/22/07</u>    at <u>10:04 a.m.</u> .

/s/
U.S. MAGISTRATE JUDGE